265 So.2d 616

**Succession of Wheeler FUSELIER.**

**Fred FUSELIER, Administrator of the Succession of Dora Fuselier**

v.

**Jewel Reeves FUSELIER.**

No. 52561.

June 20, 1972.

Writ refused. The judgment is correct.

265 So.2d 616

**J. Oswald MONTEGUT**

v.

**ST. JOHN THE BAPTIST PARISH DEMOCRATIC EXECUTIVE COMMITTEE and John Edwards.**

No. 52668.

July 19, 1972.

Writ refused. The judgment of the Court of Appeal is correct.